IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.     4:93cr4028-WS

KEITH LAPELL BIGGINS,     4:05cv443-WS

      Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 851) docketed January 3, 2006. The magistrate judge recommends that the defendant's motion for relief from judgment be summarily denied. The defendant has filed objections (doc. 854) to the report and recommendation.

    Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 851) is adopted and incorporated by reference in this order of the court.

    2. The defendant's motion for relief from judgment (doc. 850) is hereby summarily DENIED.

3.  The clerk shall enter judgment accordingly and shall close Case No. 4:05cv443-WS.

DONE AND ORDERED this January 30, 2006.


  /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE